# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Navarro v. Home Depot USA, Inc.

Case Number: 20 cv 03971

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Leticia Navarro

Attorney name (type or print): Justin R. Lewicky

Firm: ANKIN LAW OFFICE, LLC

Street address: 10 N Dearborn St., Suite 500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6293224
(See item 3 in instructions)

Telephone Number: (312) 600-0000

Email Address: jlewicky@ankinlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/8/2020

Attorney signature: S/ Justin R. Lewicky
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015